UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| MAJENTA MOOTOOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | 5:18-cv-645-JMH-MAS |
| | ) | |
| EASTERN KENTUCKY UNIVERSITY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** judgment, and there is not just cause for delay.

This the 20th day of September, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge