**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:18-CV-00645-JMH**

**MAJENTA MOOTOOR**                                                    **PLAINTIFF**

**V.**                                    **NOTICE OF APPEAL**

**EASTERN KENTUCKY UNIVERSITY**                                    **DEFENDANT**

Comes now the Plaintiff, by and through counsel, and provides Notice to the Defendant of her intent to appeal the decision awarding the Defendant Summary Judgment by the United States District Court which was rendered on September 21, 2020 (D.E. 43) to the Sixth Circuit Court of Appeals.

Respectfully Submitted,

*/s/ Edward E Dove*
Edward E. Dove
201 West Short Street
Suite 300
Lexington, KY 40507
p- 859-252-0020
f- 859-258-9288
eddove@windstream.net

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy has been mailed this the 12th day of October, 2020 to the following:

Hon. Jessica R. Stigall
333 W. Vine Street
Suite 1500
Lexington, KY 40507

*/s/ Edward E. Dove*
EDWARD E DOVE