Case No. 20-6166

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MAJENTA MOOTOOR

    Plaintiff - Appellant

v.

EASTERN KENTUCKY UNIVERSITY

    Defendant - Appellee

Upon consideration of the appellant's motion to change the date of oral argument from the scheduled date of January 12, 2022,

It is **ORDERED** that the motion is hereby **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: November 22, 2021