# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-6166

_____

Filed: April 06, 2022

MAJENTA MOOTOOR

    Plaintiff - Appellant

v.

EASTERN KENTUCKY UNIVERSITY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/15/2022 the mandate for this case hereby issues today.

COSTS: None